**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-359-KDB-DCK**

| | |
|---|---|
| SANDRA MICHELLE MOORE a/k/a SANDRA MICHELLE HELMS, </br></br> Plaintiff, </br></br> v. </br></br> DOLLAR TREE STORES, INC.; HILEX POLY CO., LLC; NOVOLEX HOLDINGS, LLC; NOVOLEX SHIELDS, LLC; and NOVOLEX BAGCRAFT, INC., </br></br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Dollar Tree Stores, Inc.'s "Motion To Compel" (Document No. 36) filed March 3, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

The pending motion does not satisfy the requirement of consultation pursuant to Local Rule 7.1(b), or the requirements of the "Pretrial Order And Case Management Plan" (Document No. 25, pp. 4-6, ¶¶ B and G). As such, counsel for the parties are directed to confer in person or by telephone consistent with the foregoing authority. The undersigned expects that counsel can resolve the pending discovery dispute without Court intervention. However, if the parties are unable to resolve the current dispute, they shall jointly email the undersigned's staff with proposed dates for a telephone conference.

**IT IS, THEREFORE, ORDERED** that Defendant Dollar Tree Stores, Inc.'s "Motion To Compel" (Document No. 36) is **DENIED WITHOUT PREJUDICE**.

Signed: March 4, 2020

David C. Keesler
United States Magistrate Judge